NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ALLEN TRAVERS,<br><br>　　　　　Defendant. | Criminal No.: 08-387 (JLL)<br><br>**O R D E R** |

**LINARES, District Judge.**

　　This matter comes before the Court with respect to Defendant's pretrial motions, filed March 9, 2009. Defense counsel having notified the Court that additional time is required to procure an affidavit in support of the pretrial motions, and good cause having been found,

　　**IT IS** on this 28th day of May, 2009,

　　**ORDERED** that Defendant file his affidavit in support of his pretrial motions by June 8, 2009. No extensions shall be granted.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　José L. Linares
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1