NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> ALLEN TRAVERS, : <br> : <br> Defendant. : | Criminal No.: 08-387 (JLL) <br><br> **O R D E R** |

**LINARES, District Judge.**

This matter comes before the Court on the March 9, 2009, motion of Defendant Allen Travers motion for a suppression hearing and for additional discovery. [CM/ECF 16.] No oral argument was heard. The Court having reviewed the submissions of both parties in this matter, and good cause having been shown,

IT IS on this 15th day of June, 2009,

**ORDERED** that Defendant's request for a hearing is GRANTED, and this Court shall hold an evidentiary hearing on the motion to suppress on July 6th, 2009, at 10:00 A.M.

Jose L. Linares
United States District Judge

1